```
———— FILED ———— LODGED
———— RECEIVED
```

**February 11, 2021**

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
v.
Taylor James Johnatakis

)
)
)
)

Case: 1:21-cr-00091
Assigned To : Lamberth, Royce C.
Assign. Date : 02/05/2021
Description: INDICTMENT (B)

_Defendant_

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_     Taylor James Johnatakis                                                                       ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1512(c)(2), 2 - Obstruction of an Official Proceeding; 18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or
Impeding Certain Officers; 18 U.S.C. § 231(a)(3) - Civil Disorder; 18 U.S.C. § 1752(a)(1) - Entering and Remaining in a
Restricted Building or Grounds; 18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or
Grounds; 18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(E) - Impeding Passage Through the Capitol Grounds or Buildings; 40 U.S.C. § 5104(e)(2)(F) -
Act of Physical Violence in the Capitol Grounds or Buildings.

Digitally signed by G. Michael
Harvey
Date: 2021.02.05 16:15:25 -05'00'

Date:   02/05/2021

_____
_Issuing officer's signature_

City and state:     Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_  2-05-2021 , and the person was arrested on _(date)_  2-11-2021 at _(city and state)_  Kington, WA . |
| Date:  2-11-2021 |

X Hamsn
_Arresting officer's signature_

SH Kathryn Hamstra, FBI
_Printed name and title_