# UNITED STATES DISTRICT COURT

### WESTERN DISTRICT OF WASHINGTON
### OFFICE OF THE CLERK
Tacoma
1717 Pacific Ave., Suite 3100
Tacoma, WA 98402
(253) 882-3826

**WILLIAM M. MCCOOL**
**District Court Executive**
**Clerk of Court**

**LORI LANDIS**
**Chief Deputy Clerk**

February 12, 2021

**CLERK, US DISTRICT COURT**
District of Columbia

InterDistrictTransfer_DCD@dcd.uscourts.gov

Re:  Taylor James Johnatakis

Your No:  1:21-CR-00091-RCL

Our No:  MJ21-5036-DWC

Dear Clerk

An Order of Transfer was entered on 02/11/2021, transferring the above captioned case to your court pursuant to Rule 5.  Attached you will find a PDF image of our *Internal* Docket Sheet and **all** documents contained in the Western District of Washington Court File.

The defendant was released on bond and directed to appear in your district via Zoom on February 17, 2021 at 1:00 p.m. before Magistrate Judge Robin M. Meriweather.

Please acknowledge receipt by returning a stamped copy of this letter to me at Kim_Brye@wawd.uscourts.gov.

Sincerely,

WILLIAM M. MCCOOL, District Court Executive

By Kim Brye
Deputy Clerk

Enc