## Magistrate Judge Clerks ▸ Passports & IDs: JOHNATAKIS, TAYLOR JAMES

| Field | Value |
|---|---|
| Office | Seattle |
| Defendant Name | JOHNATAKIS, TAYLOR JAMES |
| Received From | JOHNATAKIS, TAYLOR JAMES |
| Date | 2/19/2021 |
| Case # | MJ21-5036-DWC |
| Item type? | Passport or identification |
| Item | U.S. Passport |
| Quantity | 1 |
| Passport # | [redacted] |
| Expiration Date | 10/13/2020 |
| Judgment Date | |
| Notice of Intent | |
| Order Release | 10/14/2021 |
| Returned to | USDC Wash DC |
| Return Date | 10/14/2021 |
| Picked up? | |
| Certified Mail # | 7006 2760 0004 3585 5833 |
| Comments/Events | R5 - District of Columbia. Sent to DC via Cert Mail |
| First Letter Index | J |
| Audit | |
| Received by Mag Team? | Yes |
| Fugitive? | No |
| Receipt Number | |
| Label | |
| Barcode | |
| 30 day notice | |
| Inventory date | |
| Inventoried by: | |
| Inventory Notes | |

Version: 4.0
Created at 2/22/2021 9:29 AM by [redacted]
Last modified at 10/14/2021 11:52 AM by [redacted]