# NON-NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date: Day: Twenty-three Month: Two Year: 2023 CE

WILLIAM M MCCOLL
CLERK OF COURT, UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
1717 Pacific Ave., Suite 3100
Tacoma, WA 98402




In reply to : "Case 3:21-mj-05036-DWC Document 3 Filed 02/11/21 Page 1 of 6 **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA UNITED STATES OF AMERICA v. TAYLOR JAMES JOHNATAKIS Defendant,** Page 2 of 6, Page 3 of 6, Page 4 of 5, Page 5 of 5 A TRUE BILL: FOREPERSON., Page 6 of 6 **ARREST WARRANT** G. Michael Harvey U.S. Magistrate Judge "

**PLEASE TAKE NOTICE** that I, Taylor James Johnatakis a sentient moral being, accept your Presentment "Case 3:21-mj-05036-DWC Document 3 Filed 02/11/21 Page 1 of 6 **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA UNITED STATES OF AMERICA v. TAYLOR JAMES JOHNATAKIS Defendant,** Page 2 of 6, Page 3 of 6, Page 4 of 5, Page 5 of 5 A TRUE BILL: FOREPERSON., Page 6 of 6 **ARREST WARRANT** G. Michael Harvey U.S. Magistrate Judge" and return your offer herein attached to you.

I indicate my acceptance of your offer by my signature and date.

- I do not argue the facts, jurisdiction, law or venue;
- I request you close the Account and issue the Order of the Court to me immediately;
- I request you adjust and set-off all Public Charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within (3) days from the date you receive this NON-NEGOTIABLE NOTICE OF ACCEPTANCE. Dishonor may result if you fail to respond.

Sincerely,
*Taylor James Johnatakis*
Taylor James Johnatakis
% 29628 Gamble PL NE
Kingston, Washington

Attachment: "Case 3:21-mj-05036-DWC Document 3 Filed 02/11/21 Page 1 of 6 **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA UNITED STATES OF AMERICA v. TAYLOR JAMES JOHNATAKIS Defendant,** Page 2 of 6, Page 3 of 6, Page 4 of 5, Page 5 of 5 A TRUE BILL: FOREPERSON., Page 6 of 6 **ARREST WARRANT** G. Michael Harvey U.S. Magistrate Judge"

cc: Judge David W. Christel United States Courthouse 1717 Pacific Avenue Room 3100 Tacoma WA 983402
cc: Judge G. Michael Harvey, U.S. District Court, District of Columbia (Washington, DC), 333 Constitution Avenue NW, Washington, D.C. 20001
cc: William Kennelly Dreher US ATTORNY'S OFFICE (SEA) 700 STEWART ST STE 5220 SEATTLE WA 98101
cc: Judge Royce C. Lamberth 333 Constitution Avenue N.W. Washington, D.C. 20001
cc: Angela D. Caesar Clerk of Court United States District Court District of Columbia 333 Constitution Avenue N.W. Washington, D.C. 20001
cc: Matthew M. Graves United States Attorney Judiciary Center 555 Fourth St., N.W. Washington, D.C. 20530
cc: Maria Jacob OFFICE OF THE FEDERAL PUBLIC DEFENDER 625 Indiana Ave, N.W. Washington DC 20004
cc: Kaitlin Klamann Assistant United States Attorney 601 D Street NW Washington, D.C. 20001
cc: Allen H. Orenberg, The Orenberg Law Firm, P.C. 12505 Park Potomac Avenue 6th Floor Potomac Maryland 20854
cc: Christopher R Black BLACK AND ASKEROV PLLC 705 2ND AVE #1111 SEATTLE WA 98104

WD/WA: 3:21-MJ-5036-DWC

FILED LODGED
RECEIVED
February 11, 2021
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY DEPUTY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on January 8, 2021

"Accepted"
FEB 23 2023
Taylor James Johnatakis

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | |
| | : | GRAND JURY ORIGINAL |
| TAYLOR JAMES JOHNATAKIS, | : | VIOLATIONS: |
| | : | 18 U.S.C. § 1512(c)(2), 2 (Obstruction of an Official Proceeding) |
| Defendant | : | 18 U.S.C. § 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers) |
| | : | 18 U.S.C. § 231(a)(3) (Civil Disorder) |
| | : | 18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds) |
| | : | 18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds) |
| | : | 18 U.S.C. § 1752(a)(4) (Engaging in Physical Violence in a Restricted Building or Grounds) |
| | : | 40 U.S.C. § 5104(e)(2)(E) (Impeding Passage Through the Capitol Grounds or Buildings) |
| | : | 40 U.S.C. § 5104(e)(2)(F) (Act of Physical Violence in the Capitol Grounds or Buildings) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about January 6, 2021, within the District of Columbia and elsewhere,

TAYLOR JAMES

"Accepted" FEB 23 2023 Taylor James Johnatakis

**JOHNATAKIS** attempted to, and did, corruptly obstruct, influence, and impede an official proceeding, that is, a proceeding before Congress, by entering and remaining in the United States Capitol Grounds without authority, engaging in disorderly and disruptive conduct, and committing an act of civil disorder.

(**Obstruction of an Official Proceeding and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1512(c)(2) and 2)

**COUNT TWO**

On or about January 6, 2021, within the District of Columbia,

**TAYLOR JAMES JOHNATAKIS** did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, while such person was engaged in and on account of the performance of official duties.

(**Assaulting, Resisting, or Impeding Certain Officers**, in violation of Title 18, United States Code, Section 111(a)(1))

**COUNT THREE**

On or about January 6, 2021, within the District of Columbia,

**TAYLOR JAMES JOHNATAKIS** committed and attempted to commit an act to obstruct, impede, and interfere with a law enforcement officer lawfully engaged in the lawful performance of his/her official duties incident to and during the commission of a civil disorder, and the civil disorder obstructed, delayed, and adversely affected the conduct and performance of a federally protected function.

(**Civil Disorder**, in violation of Title 18, United States Code, Section 231(a)(3))

"Accepted" FEB 23 2023 Taylor James Johnatakis

**COUNT FOUR**

On or about January 6, 2021, within the District of Columbia,

**TAYLOR JAMES JOHNATAKIS** did unlawfully and knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, or otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, without lawful authority to do so.

(**Entering and Remaining in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

**COUNT FIVE**

On or about January 6, 2021, within the District of Columbia,

**TAYLOR JAMES JOHNATAKIS** did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, or otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

(**Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(2))

"Accepted FEB 23 2023 Taylor James Johnatakis

**COUNT SIX**

On or about January 6, 2021, within the District of Columbia,

**TAYLOR JAMES JOHNATAKIS** did knowingly, engage in any act of physical violence against any person and property in a restricted building and grounds, that is, any posted, cordoned-off, or otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting.

(**Engaging in Physical Violence in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(4))

**COUNT SEVEN**

On or about January 6, 2021. within the District of Columbia,

**TAYLOR JAMES JOHNATAKIS** willfully and knowingly obstructed, and impeded passage through and within, the United States Capitol Grounds and any of the Capitol Buildings.

(**Obstructing, or Impeding Passage Through or Within, the Grounds or Any of the Capitol Buildings**, in violation of Title 40, United States Code, Section 5104(e)(2)(E))

"Accepted FEB 23 2023 Taylor James Johnatakis

**COUNT EIGHT**

On or about January 6, 2021, within the District of Columbia,

**TAYLOR JAMES JOHNATAKIS** willfully and knowingly engaged in an act of physical violence within the United States Capitol Grounds and any of the Capitol Buildings.

(**Engaging in an Act of Physical Violence in the Grounds or Any of the Capitol Buildings**, in violation of Title 40, United States Code, Section 5104(e)(2)(F))

A TRUE BILL:

FOREPERSON.

Michael R. Sherwin /GPR
Attorney of the United States in
and for the District of Columbia.

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

"Accepted
FEB 23 2023
Taylor James Johnatakis

United States of America
v.
Taylor James Johnatakis

*Defendant*

) Case: 1:21-cr-00091
) Assigned To : Lamberth, Royce C.
) Assign. Date : 02/05/2021
) Description: INDICTMENT (B)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Taylor James Johnatakis, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1512(c)(2), 2 - Obstruction of an Official Proceeding; 18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers; 18 U.S.C. § 231(a)(3) - Civil Disorder; 18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds; 18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds; 18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds; 40 U.S.C. § 5104(e)(2)(E) - Impeding Passage Through the Capitol Grounds or Buildings; 40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings.

Date: 02/05/2021

Digitally signed by G. Michael Harvey
Date: 2021.02.05 16:15:25 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge

*Printed name and title*

**Return**

This warrant was received on *(date)* ________, and the person was arrested on *(date)* ________ at *(city and state)* ________.

Date: ________

*Arresting officer's signature*

*Printed name and title*

Taylor James Johnatakis
29628 Gamble Place NE
Kingston, Washington

TACOMA WA 983
OLYMPIA WA
23 FEB 2023 PM 3 L





FILED LODGED RECEIVED
FEB 24 2023
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY DEPUTY

WILLIAM M MCCOLL
CLERK OF COURT, UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
1717 Pacific Ave., Suite 3100
Tacoma, WA 98402

98402-320099

# NON-NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date: Day: Twenty-three Month: Two Year: 2023 CE

WILLIAM M MCCOLL
CLERK OF COURT, UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
1717 Pacific Ave., Suite 3100
Tacoma, WA 98402




In reply to : **"U.S. District Court United States District Court for the Western District of Washington (Tacoma) CRIMINAL DOCKET FOR CASE #: 3:21-mj-05036-DWC-1** Case title: USA v. Johnatakis Date Filed: 02/11/2021 Assigned to: Judge David W. Christel **Defendant (1) Taylor James Johnatakis,** Docket Test 1 3 4 5 6 7 8 9 10 11 12 13, certified mail"

**PLEASE TAKE NOTICE** that I, Taylor James Johnatakis a sentient moral being, accept your Presentment **"U.S. District Court United States District Court for the Western District of Washington (Tacoma) CRIMINAL DOCKET FOR CASE #: 3:21-mj-05036-DWC-1** Case title: USA v. Johnatakis Date Filed: 02/11/2021 Assigned to: Judge David W. Christel **Defendant (1) Taylor James Johnatakis,** Docket Text 1 3 4 5 6 7 8 9 10 11 12 13, certified mail" and return your offer herein attached to you.

I indicate my acceptance of your offer by my signature and date.

- I do not argue the facts, jurisdiction, law or venue;
- I request you close the Account and issue the Order of the Court to me immediately;
- I request you adjust and set-off all Public Charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within (3) days from the date you receive this NON-NEGOTIABLE NOTICE OF ACCEPTANCE. Dishonor may result if you fail to respond.

Sincerely,

Taylor James Johnatakis

Taylor James Johnatakis
℅ 29628 Gamble PL NE
Kingston, Washington

Attachment: **"U.S. District Court United States District Court for the Western District of Washington (Tacoma) CRIMINAL DOCKET FOR CASE #: 3:21-mj-05036-DWC-1** Case title: USA v. Johnatakis Date Filed: 02/11/2021 Assigned to: Judge David W. Christel **Defendant (1) Taylor James Johnatakis,** Docket Test 1 3 4 5 6 7 8 9 10 11 12 13, certified mail"

cc: Judge David W. Christel United States Courthouse 1717 Pacific Avenue Room 3100 Tacoma WA 983402
cc: William Kennelly Dreher US ATTORNY'S OFFICE (SEA) 700 STEWART ST STE 5220 SEATTLE WA 98101
cc: Christopher R Black BLACK AND ASKEROV PLLC 705 2ND AVE #1111 SEATTLE WA 98104
cc: Judge Royce C. Lamberth 333 Constitution Avenue N.W. Washington, D.C. 20001
cc: Angela D. Caesar Clerk of Court United States District Court District of Columbia 333 Constitution Avenue N.W. Washington, D.C. 20001
cc: Matthew M. Graves United States Attorney Judiciary Center 555 Fourth St., N.W. Washington, D.C. 20530
cc: Maria Jacob OFFICE OF THE FEDERAL PUBLIC DEFENDER 625 Indiana Ave, N.W. Washington DC 20004
cc: Kaitlin Klamann Assistant United States Attorney 601 D Street NW Washington, D.C. 20001
cc: Allen H. Orenberg, The Orenberg Law Firm, P.C. 12505 Park Potomac Avenue 6th Floor Potomac Maryland 20854

Accepted FEB 23 2023 Taylor James Johnatakis

BOND,CLOSED

# U.S. District Court
## United States District Court for the Western District of Washington (Tacoma)
## CRIMINAL DOCKET FOR CASE #: 3:21–mj–05036–DWC–1

Case title: USA v. Johnatakis

Date Filed: 02/11/2021

Other court case number: 1:21–CR–00091–RCL District of Columbia

Date Terminated: 02/11/2021

---

Assigned to: Judge David W. Christel

**Defendant (1)**

**Taylor James Johnatakis**
*TERMINATED: 02/11/2021*

represented by **Christopher R Black**
BLACK & ASKEROV PLLC
705 2ND AVE #1111
SEATTLE, WA 98104
206–623–1604
Email: chris@blacklawseattle.com
*ATTORNEY TO BE NOTICED*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18:1512(c)(2),2 – Obstruction of an Official Proceeding; 18:111(a)(1) – Assaulting, Resisting, or Impeding Officers; 18:231(a)(3) – Civil Disorder; 18:1752(a)(1) – Entering and Remaining in a Restricted Building; 18:1753(a)(2) – Disorderly Conduct in a Restricted Building; 18:1752(a)(4) – Engaging in Physical Violence in a Restricted Building; 40:5104(e)(2)(E) – Impeding Passage Through the Capitol Grounds; 40:5104(e)(2)(F) – Act of Physical Violence in the Capitol Grounds or Buildings

**Disposition**

---

"Accepted" FEB 23 2023 Taylor James Johnatakis

**Plaintiff**

**USA**

represented by **William Kennelly Dreher**
US ATTORNEY'S OFFICE (SEA)
700 STEWART ST
STE 5220
SEATTLE, WA 98101–1271
206–553–7970
Email: william.dreher@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/11/2021 | 1 | NOTICE OF ATTORNEY APPEARANCE: Christopher R Black appearing for Taylor James Johnatakis (Black, Christopher) (Entered: 02/11/2021) |
| 02/11/2021 | 3 | CHARGING DOCUMENT RECEIVED FROM OTHER COURT (Indictment, Warrant) as to Taylor James Johnatakis (KEB) (Entered: 02/11/2021) |
| 02/11/2021 | | Arrest of Taylor James Johnatakis on 2/11/2021. (KEB) (Entered: 02/11/2021) |
| 02/11/2021 | 4 | Minute Entry for proceedings held before Judge David W. Christel– CRD: *Kim Brye*; AUSA: *William Dreher*; Def Cnsl: *Christopher Black*; PTS: *Jamie Halvorson*; Time of Hearing: *2:30 PM*; Session #: *Zoom Audio/Video*; **INITIAL APPEARANCE IN RULE 5(c)(3) PROCEEDINGS VIA ZOOM** as to Taylor James Johnatakis held on 2/11/2021. Defendant present via Zoom from Tacoma Courthouse. Defendant consents to video appearance. Defendant advised of rights and charges. Defendant files Waiver of Rule 5 Hearing. Court signs Order of Transfer. Parties discuss conditions of release. Defendant placed on bond. (KEB) (Entered: 02/11/2021) |
| 02/11/2021 | 5 | Appearance Bond Entered as to Taylor James Johnatakis (1) PTS bond with standard and special conditions. (cc: PTS/USPO/USMO) (KEB) (Entered: 02/11/2021) |
| 02/11/2021 | 6 | WAIVER OF RULE 5 HEARINGS AND ORDER OF TRANSFER to District of Columbia as to Taylor James Johnatakis by Judge David W. Christel. (cc: PTS, USMO) (KEB) (Entered: 02/11/2021) |
| 02/11/2021 | 7 | Arrest Warrant Returned Executed on 2/11/2021 in case as to Taylor James Johnatakis. (KEB) (Entered: 02/11/2021) |
| 02/11/2021 | 8 | The Court Orders as follows: Pursuant to the Due Process Protection Act, counsel for the government is reminded of his/her obligations pursuant to *Brady v. Maryland* and its progeny to disclose exculpatory material and information, as required by applicable statute and case law. The failure to do so in a timely manner may result in dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, or any other remedy that is just under the circumstances. By Judge David W. Christel. *(No pdf image attached)* (KEB) (Entered: 02/12/2021) |
| 02/12/2021 | 9 | LETTER from WD/WA to District of Columbia re Rule 5 transfer as to defendant Taylor James Johnatakis (KEB) (Main Document 9 replaced on 2/12/2021) (KEB). (Entered: 02/12/2021) |
| 02/12/2021 | 10 | NOTICE of Corrected Image/Document (correcting hearing date) as to defendant Taylor James Johnatakis re 9 Letter. (Service of corrected image is attached). (KEB) (Entered: 02/12/2021) |
| 02/19/2021 | 11 | Receipt for Surrender of Passport as to Taylor James Johnatakis. Passport issued by USA. Stored at Seattle office. (KMP) (Entered: 02/26/2021) |
| 10/14/2021 | 12 | ORDER Transferring Defendant's Passport to Charging District (D/Columbia) as to Taylor James Johnatakis by Judge J Richard Creatura. (KAM) (Entered: 10/14/2021) |
| 10/15/2021 | 13 | Receipt for Return of Passport as to Taylor James Johnatakis. Passport issued by USA. Passport sent to charging district– District Court of the District of Columbia, via USPS |

| | | certified mail. (TF) (Entered: 10/17/2021) |
|---|---|---|

"Accepted"

FEB 23 2023

Jaydon James Johnston

Taylor James Johnatakis
29628 Gamble Place NE
Kingston, Washington

TACOMA WA 983
OLYMPIA WA
23 FEB 2023 PM 3 L



FILED LODGED
RECEIVED

FEB 24 2023

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY DEPUTY

WILLIAM M MCCOLL
CLERK OF COURT, UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
1717 Pacific Ave., Suite 3100
Tacoma, WA 98402

98402-320099

COPY

# NON-NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date: Day: Twenty-three Month: Two Year: 2023 CE

Judge J. Richard Creatura
United States Courthouse
1717 Pacific Avenue, Room 3100
Tacoma, WA 98402-3200




In reply to : "Case 3:21-mj-05036-DWC Document 12 Filed 10/14/21 Page 1 of 2 UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT TACOMA CASE NO. MJ21-5036 D/CO NO. 1:21-cr-00091-RCL ORDER TRANSFERRING DEFENDANT'S PASSPORT TO CHARGING DISTRICT, Page 2 of 2 Dated this 14th day of October 2021. J. Richard Creatura Chief United States Magistrate Judge"

**PLEASE TAKE NOTICE** that I, Taylor James Johnatakis a sentient moral being, accept your Presentment "Case 3:21-mj-05036-DWC Document 12 Filed 10/14/21 Page 1 of 2 UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT TACOMA CASE NO. MJ21-5036 D/CO NO. 1:21-cr-00091-RCL ORDER TRANSFERRING DEFENDANT'S PASSPORT TO CHARGING DISTRICT, Page 2 of 2 Dated this 14th day of October 2021. J. Richard Creatura Chief United States Magistrate Judge" and return your offer herein attached to you.

I indicate my acceptance of your offer by my signature and date.

- I do not argue the facts, jurisdiction, law or venue.

Sincerely,

Taylor James Johnatakis

Taylor James Johnatakis
% 29628 Gamble PL NE
Kingston, Washington

Attachment: "Case 3:21-mj-05036-DWC Document 12 Filed 10/14/21 Page 1 of 2 UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT TACOMA CASE NO. MJ21-5036 D/CO NO. 1:21-cr-00091-RCL ORDER TRANSFERRING DEFENDANT'S PASSPORT TO CHARGING DISTRICT, Page 2 of 2 Dated this 14th day of October 2021. J. Richard Creatura Chief United States Magistrate Judge"

cc: Judge David W. Christel United States Courthouse 1717 Pacific Avenue Room 3100 Tacoma WA 983402
cc: William Kennelly Dreher US ATTORNY'S OFFICE (SEA) 700 STEWART ST STE 5220 SEATTLE WA 98101
cc: WILLIAM M MCCOLL CLERK OF COURT, UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON 1717 Pacific Ave., Suite 3100 Tacoma, WA 98402
cc: Judge Royce C. Lamberth 333 Constitution Avenue N.W. Washington, D.C. 20001
cc: Angela D. Caesar Clerk of Court United States District Court District of Columbia 333 Constitution Avenue N.W. Washington, D.C. 20001
cc: Matthew M. Graves United States Attorney Judiciary Center 555 Fourth St., N.W. Washington, D.C. 20530
cc: Maria Jacob OFFICE OF THE FEDERAL PUBLIC DEFENDER 625 Indiana Ave, N.W. Washington DC 20004
cc: Kaitlin Klamann Assistant United States Attorney 601 D Street NW Washington, D.C. 20001
cc: Allen H. Orenberg, The Orenberg Law Firm, P.C. 12505 Park Potomac Avenue 6th Floor Potomac Maryland 20854
cc: Christopher R Black BLACK AND ASKEROV PLLC 705 2ND AVE #1111 SEATTLE WA 98104
cc: Judge G. Michael Harvey U.S. District Court, District of Columbia (Washington, DC) 333 Constitution Avenue NW Washington, D.C. 20001

Taylor James Johnatakis
29628 Gamble Place NE
Kingston, Washington

TACOMA WA 983
OLYMPIA WA
23 FEB 2023 PM 3 L




WILLIAM M MCCOLL
CLERK OF COURT, UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
1717 Pacific Ave., Suite 3100
Tacoma, WA 98402

98402-320099

COPY

# NON-NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date: Day: Twenty-three Month: Two Year: 2023 CE

Christopher R Black
BLACK AND ASKEROV PLLC
705 2ND AVE #1111
SEATTLE WA 98104

FILED LODGED RECEIVED
FEB 24 2023
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY DEPUTY

In reply to : "Case 3:21-mj-05036-DWC Document 1 Filed 02/11/21 Page 1 of 1 UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT TACOMA No. MJ21-5036-DWC NOTICE OF APPEARANCE OF COUNSEL Respectfully submitted BLACK & ASKEROV PLLC Christopher Black"

**PLEASE TAKE NOTICE** that I, Taylor James Johnatakis a sentient moral being, accept your Presentment "Case 3:21-mj-05036-DWC Document 1 Filed 02/11/21 Page 1 of 1 UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT TACOMA No. MJ21-5036-DWC NOTICE OF APPEARANCE OF COUNSEL Respectfully submitted BLACK & ASKEROV PLLC Christopher Black" and return your offer herein attached to you.

I indicate my acceptance of your offer by my signature and date, I request you perform the following duties:

1. Do not argue the facts, jurisdiction, law or venue.
2. Issue me the Appearance Bond and waive all Public costs.
3. Close the Account and issue the Order of the Court to me immediately.
4. Adjust and set-off all Public Charges by the exemption in accord with Public Policy.
5. Request Discharge

Please respond within three (3) days from the date you receive this NON-NEGOTIABLE NOTICE OF ACCEPTANCE. Dishonor may result if you fail to respond.

Sincerely,

Taylor James Johnatakis

Taylor James Johnatakis
% 29628 Gamble PL NE
Kingston, Washington

Attachment: "Case 3:21-mj-05036-DWC Document 1 Filed 02/11/21 Page 1 of 1 UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT TACOMA No. MJ21-5036-DWC NOTICE OF APPEARANCE OF COUNSEL Respectfully submitted BLACK & ASKEROV PLLC Christopher Black"

cc: Judge David W. Christel United States Courthouse 1717 Pacific Avenue Room 3100 Tacoma WA 983402
cc: William Kennelly Dreher US ATTORNY'S OFFICE (SEA) 700 STEWART ST STE 5220 SEATTLE WA 98101
cc: Judge Royce C. Lamberth 333 Constitution Avenue N.W. Washington, D.C. 20001
cc: Angela D. Caesar Clerk of Court United States District Court District of Columbia 333 Constitution Avenue N.W. Washington, D.C. 20001
cc: Matthew M. Graves United States Attorney Judiciary Center 555 Fourth St., N.W. Washington, D.C. 20530
cc: Maria Jacob OFFICE OF THE FEDERAL PUBLIC DEFENDER 625 Indiana Ave, N.W. Washington DC 20004
cc: Kaitlin Klamann Assistant United States Attorney 601 D Street NW Washington, D.C. 20001
cc: Allen H. Orenberg, The Orenberg Law Firm, P.C. 12505 Park Potomac Avenue 6th Floor Potomac Maryland 20854
cc: WILLIAM M MCCOLL CLERK OF COURT, UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON 1717 Pacific Ave., Suite 3100 Tacoma, WA 98402

Taylor James Johnatakis
29628 Gamble Place NE
Kingston, Washington

TACOMA WA 983
OLYMPIA WA
23 FEB 2023 PM 3 L



_____ FILED _____ LODGED
_____ RECEIVED

FEB 24 2023

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY DEPUTY

WILLIAM M MCCOLL
CLERK OF COURT, UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
1717 Pacific Ave., Suite 3100
Tacoma, WA 98402

98402-320099

# NON-NEGOTIABLE NOTICE OF ACCEPTANCE




Notice Date: Day: Twenty-three Month: Two Year: 2023 CE

Judge G. Michael Harvey
U.S. District Court, District of Columbia (Washington, DC)
333 Constitution Avenue NW
Washington, D.C. 20001

FILED LODGED RECEIVED
FEB 24 2023
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

In reply to : "Case 3:21-mj-05036-DWC Document 7 Filed 02/11/21 Page 1 of 1 UNITED STATES DISTRICT COURT Case: 1:21-cr-00091 Assigned to: Lamberth, Royc C. Assign Date: 02/05/2021 Description: Indictment (B) **ARREST WARRANT** G. Michael Harvey U.S. Magistrate Judge"

**PLEASE TAKE NOTICE** that I, Taylor James Johnatakis a sentient moral being, accept your Presentment "Case 3:21-mj-05036-DWC Document 3 Filed 02/11/21 Page 1 of 6 **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA UNITED STATES OF AMERICA v. TAYLOR JAMES JOHNATAKIS Defendant,** Page 2 of 6, Page 3 of 6, Page 4 of 5, Page 5 of 5 A TRUE BILL: FOREPERSON., Page 6 of 6 **ARREST WARRANT** G. Michael Harvey U.S. Magistrate Judge" and return your offer herein attached to you.

I indicate my acceptance of your offer by my signature and date.

- I do not argue the facts, jurisdiction, law or venue;
- I request you close the Account and issue the Order of the Court to me immediately;
- I request you adjust and set-off all Public Charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within (3) days from the date you receive this NON-NEGOTIABLE NOTICE OF ACCEPTANCE. Dishonor may result if you fail to respond.

Sincerely,
*Taylor James Johnatakis*
Taylor James Johnatakis
% 29628 Gamble PL NE
Kingston, Washington

Attachment: "Case 3:21-mj-05036-DWC Document 3 Filed 02/11/21 Page 1 of 6 **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA UNITED STATES OF AMERICA v. TAYLOR JAMES JOHNATAKIS Defendant,** Page 2 of 6, Page 3 of 6, Page 4 of 5, Page 5 of 5 A TRUE BILL: FOREPERSON., Page 6 of 6 **ARREST WARRANT** G. Michael Harvey U.S. Magistrate Judge"

cc: Judge David W. Christel United States Courthouse 1717 Pacific Avenue Room 3100 Tacoma WA 983402
cc: William Kennelly Dreher US ATTORNY'S OFFICE (SEA) 700 STEWART ST STE 5220 SEATTLE WA 98101
cc: WILLIAM M MCCOLL CLERK OF COURT, UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON 1717 Pacific Ave., Suite 3100 Tacoma, WA 98402
cc: Judge Royce C. Lamberth 333 Constitution Avenue N.W. Washington, D.C. 20001
cc: Angela D. Caesar Clerk of Court United States District Court District of Columbia 333 Constitution Avenue N.W. Washington, D.C. 20001
cc: Matthew M. Graves United States Attorney Judiciary Center 555 Fourth St., N.W. Washington, D.C. 20530
cc: Maria Jacob OFFICE OF THE FEDERAL PUBLIC DEFENDER 625 Indiana Ave, N.W. Washington DC 20004
cc: Kaitlin Klamann Assistant United States Attorney 601 D Street NW Washington, D.C. 20001
cc: Allen H. Orenberg, The Orenberg Law Firm, P.C. 12505 Park Potomac Avenue 6th Floor Potomac Maryland 20854
cc: Christopher R Black BLACK AND ASKEROV PLLC 705 2ND AVE #1111 SEATTLE WA 98104

Taylor James Johnatakis
29628 Gamble Place NE
Kingston, Washington

TACOMA WA 983
OLYMPIA WA
23 FEB 2023 PM 3 L




WILLIAM M MCCOLL
CLERK OF COURT, UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
1717 Pacific Ave., Suite 3100
Tacoma, WA 98402

98402-320099